Matter of Sharice N.G. v Perry B. (2023 NY Slip Op 06331)

Matter of Sharice N.G. v Perry B.

2023 NY Slip Op 06331

Decided on December 12, 2023

Appellate Division, First Department

Published by New York State Law Reporting Bureau pursuant to Judiciary Law § 431.

This opinion is uncorrected and subject to revision before publication in the Official Reports.

Decided and Entered: December 12, 2023

Before: Kern, J.P., Singh, Kennedy, Mendez, Rodriguez, JJ. 

 Docket No. O-01264-23 Appeal No. 1181 Case No. 2023-01050 

[*1]In the Matter Sharice N.G., Petitioner-Respondent,
v
Perry B., Respondent-Appellant.

Law Office of Thomas R. Villecco, P.C., Jericho (Thomas R. Villecco of counsel), for appellant.
Jay A. Maller, New York, for respondent.

Order, Family Court, Bronx County (Jennifer S. Burtt, Ref.), entered on or about February 9, 2023, which, after a fact-finding hearing, determined that respondent father committed the family offense of harassment in the second degree, and directed him, inter alia, to stay away from petitioner mother until February 8, 2024, unanimously affirmed, without costs.
Petitioner proved by a fair preponderance of the evidence that respondent committed the family offense of harassment in the second degree (see Family Court Act § 832; Penal Law § 240.26[3]; see also Matter of Everett C. v Oneida P., 61 AD3d 489 [1st Dept 2009]). Petitioner's testimony, which the court found credible, supports the finding that respondent engaged in a course of conduct, by repeatedly threatening to put petitioner and her new partner in a body bag, which served no legitimate purpose, with the intent of seriously annoying or alarming her (see Matter of Rosa G. v Hipolito D., 215 AD3d 571 [1st Dept 2023]). Respondent's intent to commit the family offense of harassment in the second degree is fairly inferable from the surrounding circumstances (see Matter of Tawanda A.A. v Joseph D.A., 188 AD3d 401, 402 [1st Dept 2020]).THIS CONSTITUTES THE DECISION AND ORDER
OF THE SUPREME COURT, APPELLATE DIVISION, FIRST DEPARTMENT.
ENTERED: December 12, 2023